Gerald A. Griffin, Esq. (CSB # 076620)
jgriffin@gibbsgiden.com
Gary E. Scalabrini, Esq. (CSB # 161902)
gscalabrini@gibbsgiden.com
David M. Prager (CSB # 274796)
dprager@gibbsgiden.com
**GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP**
**1880 Century Park East, 12th Floor**
**Los Angeles, California 90067-1621**
**(310) 552-3400**
**Fax (310) 552-0805**

Attorneys for Plaintiff
CLIMATEC LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIMATEC LLC, an Arizona limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> K12 ENERGY SERVICES, LLC, a California limited liability company; BRADLEY CHAPMAN, an individual; REGINA CHAPMAN, an individual, <br><br> Defendants. | Case No.:  15cv2806-L-WVG <br><br> ***EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to the United States District Court for the Southern District of California's ECF Policies and Procedures Manual, Section II(j) and this Court's standing order for civil cases, Plaintiff Climatec LLC ("Climatec" or "Plaintiff") makes this *ex parte* application for an order to seal:

    1.    Exhibits 1-3 to the Declaration of Steve Siverson filed in support of Plaintiff's Motion for Preliminary Injunction.

Pursuant to this Court's standing order for civil cases, counsel for Plaintiff attempted to meet and confer *via* telephone (counsel practice in different counties) with counsel for Defendants, prior to the filing of this *ex parte* application. Counsel for Defendants indicated they do not intend to oppose the instant *ex parte* application to file the documents under seal; however, the Defendants have also intended that they dispute that the documents are proprietary, confidential or trade secret information and their intension not to oppose the *ex parte* application should not be deemed a waiver of any argument that they may later make that the documents are not proprietary, confidential or trade secret information. (*See*, Declaration of Gary Scalabrini, filed concurrently herewith.)

This Application is based upon this Notice, the Memorandum of Points and Authorities in support thereof, the Declaration of Steve Siverson filed in support of Plaintiff's Motion for a Preliminary Injunction, Declaration of Gary E. Scalabrini, and all of the pleadings and papers on file in this action, all matters of which the Court may or must take judicial notice, such oral and documentary evidence as may be presented at the hearing on this matter, and upon any other matters the Court may deem just and proper.

DATED:  February 12, 2016         GIBBS GIDEN LOCHER TURNER
                                  SENET & WITTBRODT LLP


                                  By:___/s/ Gary E. Scalabrini_____
                                       Gary E. Scalabrini
                                       Attorneys for Plaintiff
                                       CLIMATEC LLC